[No. 6376-0-II.   Division Two.   July 3, 1984.]

THE STATE OF WASHINGTON, *Respondent*, v. DWAIN RICHARD AVERY, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 7922, Milton R. Cox, J., entered May 20, 1982. *Affirmed* by unpublished opinion per Reed, J., concurred in by Petrich, C.J., and Langsdorf, J. Pro Tem.

[No. 6620-3-II.   Division Two.   July 3, 1984.]

TRUMAN KETCHMARK, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Clark County, No. 81-2-01495-3, John N. Skimas, J., entered October 1, 1982. *Affirmed* by unpublished opinion per Petrich, C.J., concurred in by Petrie and Worswick, JJ.

[No. 5571-0-III.   Division Three.   July 5, 1984.]

*In the Matter of the Estate of*
BLANCHE H. RETZLAW.

CECIL M. HATLEY, *Appellant*, v. THE ESTATE OF BLANCHE H. RETZLAW, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 82-4-01205-1, William G. Luscher, J., entered December 17, 1982. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Green, A.C.J., and McInturff, J.